# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MHAMMAD A. ABU-SHAWISH,**
      **Plaintiff,**

  v.                                              Case No. 13-C-1175

**ERIC H. HOLDER, et al.,**
      **Defendants.**

---

## ORDER

On June 25, 2014, I issued an order disposing of this case. On July 24, 2014, the plaintiff, Mhammad Abu-Shawish, filed a motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e). Having reviewed the motion, I conclude that no grounds for reconsideration have been shown. Accordingly, I will not disturb my disposition of this case.

For the reasons stated, **IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2014.

                                                              s/ Lynn Adelman

                                                              LYNN ADELMAN
                                                              District Judge